William LOPEZ–ROMERO, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–72464.

United States Court of Appeals, Ninth Circuit.

Submitted: Feb. 21, 2012.*

Filed: Feb. 22, 2012.

William Lopez–Romero, Los Angeles, CA, pro se.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, OIL Andrew Jacob Oliveira, Esquire, Trial, DOJ–U.S. Department of justice, Washington, DC, for Respondent.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

### MEMORANDUM **

William Lopez–Romero, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' decision denying his motion to reopen removal proceedings.

The BIA did not abuse its discretion in denying Lopez–Romrero's motion to re-

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

open because it was untimely, see 8 C.F.R. § 1003.2(c)(2). Lopez–Romero failed to demonstrate changed country conditions to qualify for the regulatory exception to the time limit, see 8 C.F.R. § 1003.2(c)(3)(ii). Finally, Lopez–Romero did not show prima facie eligibility for the relief sought, see Ochave v. INS, 254 F.3d 859, 865 (9th Cir.2001) (asylum is not available to victims of violence unless they are singled out on account of a protected ground).

### PETITION FOR REVIEW DENIED.